

**FILED**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2005 MAR 28 P 4:30

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

| | |
|---|---|
| D.M., a minor, by and through her parent and next friend, A.B., and A.B., | : 05mc30019-MAP |
| Plaintiffs, | : CASE NO.: 3:04-cv-1718(SRU) |
| v. | : |
| DESISTO SCHOOLS, INC. (d/b/a The DeSisto School), a Massachusetts corporation, BUTTERFLY II LAND CORPORATION, a Massachusetts corporation, and FW of SARATOGA (d/b/a Four Winds-Saratoga), a New York corporation, | : |
| Defendants. | : MARCH 17, 2005 |



### ORDER

The foregoing Application for issuance of a Prejudgment Remedy in the above entitled matter having been presented and an Affidavit having been filed and reviewed, it is hereby:

ORDERED, that counsel for Plaintiffs may issue the requested prejudgment remedy in the sum of $500,000.00 against Defendant DeSisto Schools, Inc. as follows:

To attach assets and real property of the Defendant DeSisto Schools, Inc., including, but not limited to, all improvements thereon located at 56 Interlaken Road, as described on Map ID 12/ 10/ / / located at the Town Assessors' Office, 6 Main Street, in Stockbridge, Massachusetts, and referenced at Exhibit 1 to this Order; 70A Interlaken Road, as described on Map ID 17/ 2/ / / located at the Town Assessors' Office, 6 Main Street, in Stockbridge, Massachusetts, and referenced at Exhibit 2 to this Order; Lake Drive, as described on Map ID 17/ 30/ / / located at the Town Assessors' Office, 6 Main Street, in Stockbridge, Massachusetts, and referenced at

Exhibit 3 to this Order; and 18 Lake Drive, as described on Map ID 17/ 34/ 10/ / located at the Town Assessors' Office, 6 Main Street, in Stockbridge, Massachusetts, and referenced at Exhibit 4 to this Order.

Dated at Bridgeport, Connecticut on this 28th day of March, 2005.

BY THE COURT:

_____
Judge/Clerk of the District Court

I hereby certify that the foregoing is a true copy of the original document on file. Date: 5-5-05
KEVIN F. ROWE
Clerk
By _____
Deputy Clerk